EL PUEBLO, DEMANDANTE Y APELADO, *v.* ROSA, ACUSADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Segunda, en causa por acometimiento y agresión
con circunstancias agravantes.

No. 1349.—Resuelto en enero 21, 1919.

PRUEBA CONTRADICTORIA—PASIÓN—PREJUICIO.—La apreciación de la prueba que
haya hecho la corte inferior no será revocada en apelación, ya cuando ha
sido contradictorio el testimonio de los testigos entre sí o simplemente cuando
las manifestaciones de un testigo han sido en sí mismas contradictorias, a
no ser que se pruebe que el juez inferior estuvo influído por pasión, prejui-
cio u otra circunstancia análoga.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Celestino Iriarte, Jr.*

Abogado del apelado: *Sr. S. Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tri-
bunal.

En el presente caso sostiene el apelante que no fué él,
sino el denunciante, un policía, quien cometió la agresión y
se ha admitido que hubo lucha entre ellos. La corte declaró
culpable al acusado y en apelación trata éste de distinguir
este caso de aquellos en que comúnmente existe conflicto de
prueba diciendo que las manifestaciones del denunciante son
en sí mismas contradictorias. Aún cuando el denunciante se
contradiga a sí mismo en algunos extremos, aún así existe
un conflicto de prueba que la corte está obligada a decidir.
No es cuestión de apreciación de las manifestaciones de un
testigo con las de otro sino de extraer la verdad de toda prue-
ba contradictoria. Del testimonio de dicho denunciante re-
sulta algo dudoso el hecho de si el apelante fué herido o no
por el policía antes de ser éste herido. De toda la prueba,
sin embargo, la corte tenía derecho a creer que el apelante,
encontrándose ebrio, trató el policía de calmarlo, quizás a
la fuerza, y que el apelante realizó el ataque violento al que

a su vez respondió el policía atacándole también. Esta es solamente una de otras posibles teorías que surgen de la prueba, o del conflicto de la misma, que hace caer el caso dentro de la regla común de que no revocaremos una sentencia a menos que estemos convencidos de que haya existido pasión, prejuicio u otra circunstancia análoga por parte del juez sentenciador.

La sentencia recurrida debe ser confirmada.

*Confirmada la sentencia recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.